# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 19, 2007

132179

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

FARMERS INSURANCE EXCHANGE,
      Plaintiff-Appellee,

v

SC: 132179
COA: 259763
Tuscola CC: 03-021922-CK

FARM BUREAU GENERAL INSURANCE
COMPANY OF MICHIGAN,
      Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the August 17, 2006 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on whether to grant the application or take other peremptory action. MCR 7.302(G)(1). At oral argument, the parties shall address whether an injured motorcyclist may recover personal protection insurance benefits from the no-fault insurer of an owner of the vehicle involved in the accident but not listed in the owner's policy, pursuant to MCL 500.3145(5)(a), and whether such a recovery is proper when the owner's no-fault policy does not in terms afford such coverage or purports to exclude it. The parties may file supplemental briefs within 49 days of the date of this order, but they should avoid submitting a mere restatement of the arguments made in their application papers.

The Michigan Trial Lawyers Association, Michigan Defense Trial Counsel, Inc., the Insurance Institute of Michigan, and the Michigan Assigned Claims Facility (organized pursuant to MCL 500.3171, *et seq.*) are invited to file briefs amicus curiae. Other persons or groups interested in the determination of the issues presented in this case may move the Court for permission to file briefs amicus curiae.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 19, 2007

_____
Clerk

p0116